No. 220, Misc. ADAMS v. UNITED STATES. Application denied.

No. 237, Misc. KAUFMAN ET AL. v. PINE, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied. MR. JUSTICE CLARK took no part in the consideration or decision of this motion. *Irving Moskovitz, Henry G. Fischer, Odell Kominers* and *Seymour Graubard* for petitioners.

No. 243, Misc. NELSON ET AL. v. STEWART, U. S. DISTRICT JUDGE, ET AL. Motion for leave to file petition for writ of prohibition or mandamus denied. *Bertram Edises* for petitioners.

No. 302. DAMERON v. BRODHEAD, MANAGER OF REVENUE AND EX OFFICIO TREASURER OF THE CITY AND COUNTY OF DENVER. Supreme Court of Colorado. Certiorari granted. *Acting Solicitor General Stern* for petitioner. *Leonard M. Campbell* and *John C. Banks* for respondent.

No. 448. GEBHART ET AL. v. BELTON ET AL. Supreme Court of Delaware. Certiorari granted. *H. Albert Young*, Attorney General of Delaware, for petitioners. *Louis L. Redding* and *Thurgood Marshall* for respondents.

No. 300. BRANNAN, SECRETARY OF AGRICULTURE, v. KASS, TRADING AS BABYLON MILK & CREAM CO. C. A. 2d Cir. Certiorari denied. *Acting Solicitor General Stern,*

*W. Carroll Hunter* and *Neil Brooks* for petitioner. *Harry Polikoff* and *Edgar J. Goodrich* for respondent.

No. 314. McRae *v.* Woods, Acting Housing Expediter. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Acting Solicitor General Stern, John R. Benney, Ed Dupree, A. M. Edwards* and *Nathan Siegel* for respondent.

No. 381. American President Lines, Ltd. *v.* Immigration and Naturalization Service et al. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Welburn Mayock* and *W. S. Mayock* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Murray, Beatrice Rosenberg* and *Felicia H. Dubrovsky* for respondents.

No. 383. C-O-Two Fire Equipment Co. et al. *v.* United States. C. A. 9th Cir. Certiorari denied. *Francis R. Kirkham* for petitioners. *Acting Solicitor General Stern, Acting Assistant Attorney General Clapp* and *Daniel M. Friedman* for the United States.

No. 385. Western New York Water Co. et al. *v.* Erie County Water Authority. Court of Appeals of New York. Certiorari denied. *Jesse Climenko* for petitioners. *Melvin L. Bong* and *Laurence J. Olmsted* for respondent.

No. 397. Ernest, Trustee in Bankruptcy, *v.* Riverview State Bank. C. A. 10th Cir. Certiorari denied. *Wesley E. Brown, Donald C. Martindell* and *William D. P. Carey* for petitioner. *T. M. Lillard* and *N. E. Snyder* for respondent.